Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Brandon L. Pang
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 0 8 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>ADRIAN MARKO TORRES,<br><br>                              Defendant. | INDICTMENT  4:25-CR-6001-MKD<br><br>Vio.:  18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of a Firearm<br><br>18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

On or about May 3, 2024, in the Eastern District of Washington, the Defendant, ADRIAN MARKO TORRES, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Taurus, model PT24/7, .45 caliber handgun, bearing serial number NCW32589, which firearm had theretofore been transported in interstate and/or foreign

INDICTMENT – 1

commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, Defendant, ADRIAN MARKO TORRES, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Taurus, model PT24/7, .45 caliber handgun, bearing serial number NCW32589; and loaded ammunition.

DATED this <u>8</u> day of January, 2025.

A TRUE BILL



Vanessa R. Waldref
United States Attorney

Brandon L. Pang
Assistant United States Attorney

INDICTMENT – 2